# United States Court of Appeals for the Fifth Circuit

---

No. 22-10833
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
May 30, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Manuel Ortez, Sr.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-584-1

---

Before Smith, Elrod, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Manuel Ortez, Sr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ortez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ortez's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10833

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.